JS-6
FILED
CLERK, U.S. DISTRICT COURT
1/3/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FOSTER, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION, a California Corporation; and, DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 5:17-cv-2229-FMO-SP<br><br>[Complaint Filed: September 26, 2017]<br><br>**ORDER OF DISMISSAL**<br><br>Judge:　　Hon. Fernando M. Olguin<br>Location:　350 W. 1st Street,<br>　　　　　6th Floor,<br>　　　　　Los Angeles, CA 90012<br>Crtrm:　　6D |

1  IT IS HEREBY ORDERED:

2  GOOD CAUSE HAVING BEEN SHOWN, pursuant to the parties' Stipulation of Dismissal,

1. The above captioned action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), and

2. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 3, 2020

/s/
_____
FERNANDO M. OLGUIN
United States District Judge